IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL W. NIELSEN, ANDREW D. EWING, and JEFFREY W. KIMBLE, on behalf of themselves and all those similarly situated who consent to representation,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL SPRING CARWASH, LLC, DAEKI OH, and RITA HILLIS,<br><br>Defendants. | *<br>*<br>*<br>*  CIVIL ACTION NO:<br>*  1:13-cv-00781-JEC<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Come now the Plaintiffs and the Defendants in the above-styled action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Local Rules for the Northern District of Georgia, and file this **Stipulation Of Voluntary Dismissal With Prejudice**. All parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 21st day of October 2013.

| **Counsel for Plaintiff** | **Counsel for Defendants** |
|---|---|
| s/ K. Prabhaker Reddy<br>K. Prabhaker Reddy<br>Georgia Bar No. 597320<br>THE REDDY LAW FIRM, P.C.<br>1325 Satellite Boulevard<br>Suite 1506<br>Suwannee, Georgia 30024<br>Telephone: (678) 629-3246<br>Facsimile: (678) 629-3247<br>Email: kpr@reddylaw.net | s/ Lindsay M. Haigh, Esq.<br>Lindsay M. Haigh, Esq.<br>Georgia Bar No.163060<br>HAIGH & ASSOCIATES, LLC<br>3412 Duluth Highway<br>Duluth, Georgia 30096<br>Telephone: (770) 623-9600<br>Email:lhaigh@thehaighfirm.com |